97 F.3d 1449
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Calvin SLADE, Plaintiff-Appellant,
v.
Liz LINDSLEY; Doctor Hammond; Doctor Beacotte; Wayne
Hillard; John Thompson, Warden, Defendants-Appellees.
 No. 96-6677.
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 5, 1996.
Decided Sept. 17, 1996.
 
 Calvin Slade, Appellant Pro Se.
 Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief pursuant to 28 U.S.C. § 1915(d) (1988) on his Bivens complaint.* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Slade v. Lindsley, No. CA-96-65-1 (N.D.W.Va. Apr. 18, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 See Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971)